NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1484
(Reexamination No. 95/000,427)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

------------------------------------------------------------------------

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET MARIE CURIE,**

INSTITUT PASTEUR & UNIVERSITE V. KAPPOS                    2

*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1485
(Reexamination No. 95/000,443)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET
MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**

3                    INSTITUT PASTEUR & UNIVERSITE V. KAPPOS

*Appellee.*

---

2012-1486
(Reexamination No. 95/000,490)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

**INSTITUT PASTEUR & UNIVERSITE PIERRE ET
MARIE CURIE,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**PRECISION BIOSCIENCES, INC.,**
*Appellee.*

---

2012-1487
(Reexamination No. 95/000,491)

---

Appeal from the United States Patent and Trademark
Office, Board of Patent Appeals and Interferences.

---

INSTITUT PASTEUR & UNIVERSITE V. KAPPOS          4

## ON MOTION

---

Before RADER, *Chief Judge*, LOURIE and SCHALL, *Circuit Judges*.

SCHALL, *Circuit Judge*.

## ORDER

The Director of the United States Patent and Trademark Office (USPTO) moves without opposition to dismiss appeal no. 2012-1484, to dismiss certain claims from the patent at issue in appeal no. 2012-1487, and to dismiss appeal no. 2012-1486 on the ground of mootness. Institut Pasteur & Universite Pierre et Marie Curie opposes with regard to appeal nos. 2012-1486-87.

We deem it the better course for the parties to address these issues in the briefs

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted only to the extent that appeal no. 2012-1484 is dismissed.

(2) All other motions are denied.

(3) Appellant's brief is due within 21 days of the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

5                    INSTITUT PASTEUR & UNIVERSITE V. KAPPOS

Issued As A Mandate (as to 12-1484 only): __NOV 2 7 2012__